Stephen W. Hogie, Esq., California SBN 178095
LAW OFFICES OF STEPHEN W. HOGIE
13522 Newport Ave., Ste. 201
Tustin, CA 92780
swhguard-court1@yahoo.com
Telephone: (714) 508-6422
Fax: (714) 505-3495

JS-6

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA

| | |
|---|---|
| Carlos Judeh, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Fairfield FMC, LLC, a Delaware corporation; and Michael Nelson, an individual;<br><br>　　　　Defendants. | Case No.: SACV 09-01069-JVS(MLGx)<br><br>ORDER FOR REMAND<br><br>Date:  November 9, 2009<br>Time:  1:30pm<br>Place: 10C-Santa Ana |

　　　IT IS SO ORDERED. Plaintiff's motion for remand is GRANTED as there is no diversity jurisdiction in this matter.

Dated: November 24, 2009

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER FOR REMAND